ERIC GRANT
United States Attorney
ROBERT C. ABENDROTH
NICOLE M. VANEK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

Dec 11, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | [PROPOSED] ORDER FOR UNSEALING OF SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
|---|---|
| 2019 HAMMONTON-SMARTSVILLE ROAD, SPACE 51, MARYSVILLE, CA | 2:25-SW-0881-SCR |
| 554 WASHINGTON AVENUE, YUBA CITY, CA | 2:25-SW-0882-SCR |
| 1735 OLEANDER DRIVE, YUBA CITY, CA | 2:25-SW-0883-SCR |
| 345 OREGON STREET, GRIDLEY, CA | 2:25-SW-0884-SCR |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: December 11, 2025

_[signature: Chi Soo Kim]_

HONORABLE CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER FOR UNSEALING OF SEARCH WARRANTS